**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6040**

EUGENE JEROME CUNNINGHAM,

             Plaintiff - Appellant,

        v.

DARLENE DREW, Warden, FCI Bennettsville; G. DEL REL,
Captain, FCI Bennettsville,

             Defendants - Appellees,

        and

INMATE WORK COMMITTEE, a/k/a Inmate Job Quotas Assignment
Members, FCI Bennettsville; T. WHITEHEAD, Acting CMC Case
Manager Coordinator, FCI Bennettsville; C. HARDEN, Case
Manager, FCI Bennettsville; M. HOLLAND, Case Manager, FCI
Bennettsville; T. SMALLS, Principal, FCI Bennettsville; W.
KINNION, Food Service Administrator, FCI Bennettsville,

             Defendants.


Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Richard M. Gergel, District Judge.
(9:12-cv-02596-RMG)


Submitted:  April 28, 2014                Decided:  May 2, 2014


Before KING, DUNCAN, and DIAZ, Circuit Judges.


Affirmed by unpublished per curiam opinion.

Eugene Jerome Cunningham, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Jerome Cunningham appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cunningham v. Drew, No. 9:12-cv-02596-RMG (D.S.C. Dec. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED